SADIE SILVERMAN, Respondent, v. MANASSEH J. MALAMENT, Defendant, and

Milton G. Wasch, Appellant.— Order as resettled modified by eliminating item 5, to wit, " the manner and respect in which radium treatments were administered to the plaintiff," since that is contained in the stipulation. As so modified, the order is affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.